Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
Tuvia Korobkin (SBN 268066)
tuvia@setarehlaw.com
**SETAREH LAW GOUP**
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:     (310) 888-7771
Facsimile:     (310) 888-0109

Attorneys for Plaintiff,
CYNTHIA MCMAHON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MCMAHON, on behalf of herself, and all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>v.<br><br>TUESDAY MORNING, INC., a Texas corporation;, and DOES 1-100, inclusive,<br><br>*Defendants*. | Case No. 3:15-cv-03272-HSG<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**<br><br>Action Filed:   July 14, 2015<br>Judge:           Hon. Haywood S. Gilliam |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff Cynthia McMahon hereby requests the following relief:

(1) That this case be dismissed without prejudice, pursuant to FRCP 41(a)(1).

Dismissal without prejudice under FRCP(a)(1) is proper because the opposing party has not served an answer or a motion for summary judgment.


DATED: October 8, 2015        **SETAREH LAW GROUP**

By:   */s/ Shaun Setareh*
        Shaun Setareh
        Attorneys for Plaintiff
        CYNTHIA MCMAHON

1

REQUEST FOR DISMISSAL WITHOUT PREJUDICE